IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | 1:03-md-01570 (GBD)(SN) |
| **JOEL PERRY**, as Personal Representative of the **ESTATE OF JAMES LESLIE PERRY, DECEASED**, a surviving Parent of John William Perry | CIVIL CASE NO. _____ <br><br> SUDAN SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY <br><br> ECF CASE |
| **CARL STALLWORTH**, a surviving Sibling of Marsha Ratchford, Deceased | |
| **ROOSEVELT STALLWORTH**, a surviving Sibling of Marsha Ratchford, Deceased | |
| **CHRISTIAN B. STALLWORTH f/k/a BRIAN CHRISTIAN**, a surviving Sibling of Marsha Ratchford, Deceased | |
| **AMANDA ROGERS**, a surviving Sibling of Marsha Ratchford, Deceased | |
| **ADAM REISS**, a surviving Sibling of Joshua Scott Reiss, Deceased | |
| **GARY REISS**, a surviving Parent of Joshua Scott Reiss, Deceased | |
| **JENNIFER REISS**, a surviving Sibling of Joshua Scott Reiss, Deceased | |
| **JONATHAN REISS**, a surviving Sibling of Joshua Scott Reiss, Deceased | |
| **JORDAN REISS**, a surviving Sibling of Joshua Scott Reiss, Deceased | |
| **CHELSEA NICOLE RODAK**, a surviving Child of John M. Rodak, Deceased | |
| **DEVON MARIE RODAK**, a surviving | |

| | |
|---|---|
| Child of John M. Rodak, Deceased | : |
| | : |
| **DIANA DIAZ**, as Personal Representative of the **ESTATE OF CARMEN ROMERO, DECEASED**, a surviving Parent of Elvin Romero, Deceased | : |
| | : |
| **DIANA DIAZ**, as Personal Representative of the **ESTATE OF ISSAC ROMERO**, a surviving Parent of Elvin Romero, Deceased | : |
| | : |
| **DIANA DIAZ**, a surviving Sibling of Elvin Romero, Deceased | : |
| | : |
| **HELEN ROSENTHAL**, a surviving Sibling of Josh Rosenthal, Deceased | : |
| | : |
| **AUDREY MODEL** as Personal Representative of the **ESTATE OF FLORENCE ROSENTHAL, DECEASED**, a surviving Parent of Richard D. Rosenthal, Deceased | : |
| | : |
| **AUDREY MODEL**, as Personal Representative of the **ESTATE OF LEONARD ROSENTHAL, DECEASED**, a surviving Parent of Richard D. Rosenthal, Deceased | : |
| | : |
| **AUDREY MODEL**, Individually, as a surviving Sibling of Richard D. Rosenthal, Deceased | : |
| | : |
| **LOREN ROSENTHAL** as the Personal Representative of the **ESTATE OF EVAN ROSENTHAL, Deceased**, a surviving Child of Richard D. Rosenthal, Deceased | : |
| | : |
| **LOREN ROSENTHAL** as Personal Representative of the **ESTATE OF RICHARD D. ROSENTHAL, DECEASED** | : |
| | : |
| **LOREN ROSENTHAL**, as the Personal Representative of the **ESTATE OF SETH ROSENTHAL, DECEASED**, a surviving Child of Richard D. Rosenthal, Deceased | : |

**LOREN ROSENTHAL**, Individually, :
as the surviving Spouse of :
Ricard D. Rosenthal, Deceased :
:
**ALEXANDER ROWE**, a surviving Parent :
of Nicholas Rowe, Deceased :
:
**RAYMOND SANTILLAN**, a surviving :
Sibling of Maria Theresa Santillan, :
Deceased :
:
**VICTOR SANTILLAN** as Personal :
Representative of the **ESTATE OF** :
**ESTER SANTILLAN, DECEASED**, :
a surviving Parent of :
Maria Theresa Santillan, Deceased :
:
**VICTOR SANTILLAN** as Personal :
Representative of the **ESTATE OF** :
**EXPEDITO C. SANTILLAN**, a surviving :
Parent of Maria Theresa Santillan, Deceased :
:
**VICTOR SANTILLAN** as Personal :
Representative of the **ESTATE OF** :
**MARIA THERESA SANTILLAN,** :
**DECEASED** :
:
**VICTOR SANTILLAN**, Individually, :
a surviving Sibling of Maria Theresa :
Santillan, Deceased :
:
**LORI BRODY**, a surviving Sibling of :
Scott Schertzer, Deceased :
:
**ELLEN SCHERTZER**, a surviving Parent :
of Scott Schertzer, Deceased :
:
**PAUL SCHERTZER** as Personal :
Representative of the **ESTATE OF** :
**SCOTT SCHERTZER, DECEASED** :
:
**PAUL SCHERTZER**, Individually, as a :
surviving Parent of Scott Schertzer, :
Deceased :
:
**SARAH FUNK**, a surviving Sibling of :

3

| | |
|---|---|
| Paul K. Sloan, Deceased | : |
| | : |
| **MATT SLOAN**, a surviving Sibling of Paul K. Sloan, Deceased | : |
| | : |
| **PATRICIA SLOAN**, a surviving Parent of Paul K. Sloan, Deceased | : |
| | : |
| **RONALD S. SLOAN** as Personal Representative of the **ESTATE OF PAUL K. SLOAN**, **DECEASED** | : |
| | : |
| **RONALD S. SLOAN**, Individually, as a surviving Parent of Paul K. Sloan, Deceased | : |
| | : |
| **CHRISTINE JACKSON**, a surviving Sibling of George Eric Smith, Deceased | : |
| | : |
| **BARBARA HARGROVE**, a surviving Sibling of George Eric Smith, Deceased | : |
| | : |
| **CARL SMITH**, a surviving Sibling of George Eric Smith, Deceased | : |
| | : |
| **KEVIN SMITH**, a surviving Sibling of George Eric Smith, Deceased | : |
| | : |
| **KORRY SMITH**, a surviving Sibling of George Eric Smith, Deceased | : |
| | : |
| **LATRICIA SMITH**, a surviving Sibling of George Eric Smith, Deceased | : |
| | : |
| **RAYMOND SMITH, JR.** as Personal Representative of the **ESTATE OF GEORGE ERIC SMITH, DECEASED** | : |
| | : |
| **RAYMOND SMITH, JR.**, Individually as a surviving Sibling of George Eric Smith, Deceased | : |
| | : |
| **RAYMOND A. SMITH**, as Personal Representative of the **ESTATE OF DEBORAH SALLAD, DECEASED**, a surviving Sibling of George Eric Smith, Deceased | : |
| | : |
| | : |

| | |
|---|---|
| **RAYMOND A. SMITH**, as Personal Representative of the **ESTATE OF MARION THOMAS, DECEASED**, a surviving Grandparent of George Eric Smith, Deceased | : : : : : : |
| **RAYMOND A. SMITH**, Individually, as a surviving Parent of George Eric Smith, Deceased | : : : : |
| **ELANIA SMITH-WYLE**, a surviving Sibling of George Eric Smith, Deceased | : : : |
| **TANYA WARREN**, a surviving sibling of George Eric Smith, Deceased | : : : |
| **MICHELLE DONLAN**, a surviving Sibling of Timothy P. Soulas, Deceased | : : : |
| **ANDREW J. SOULAS**, a surviving Child of Timothy P. Soulas, Deceased | : : : |
| **CHRISTOPHER SOULAS**, a surviving Child of Timothy P. Soulas, Deceased | : : : |
| **DANIEL D. SOULAS**, a surviving Sibling of Timothy P. Soulas, Deceased | : : : |
| **DANIEL SOULAS**, a surviving Child of Timothy P. Soulas, Deceased | : : : |
| **FREDERICK SOULAS**, a surviving Parent of Timothy P. Soulas, Deceased | : : : |
| **FREDERICK SOULAS, III**, a surviving Sibling of Timothy P. Soulas, Deceased | : : : |
| **KATHERINE SOULAS** as Personal Representative of the **ESTATE OF TIMOTHY P. SOULAS, DECEASED** | : : : : |
| **KATHERINE SOULAS**, Individually, as the surviving Spouse of Timothy P. Soulas, Deceased | : : : : |
| **MATTHEW SOULAS**, a surviving Child of Timothy P. Soulas, Deceased | : : |

| | |
|---|---|
| **NICOLE SOULAS**, a surviving Child of Timothy P. Soulas, Deceased | : |
| | : |
| **STEPHEN SOULAS**, a surviving Sibling of Timothy P. Soulas, Deceased | : |
| | : |
| **TIMOTHY P. SOULAS, JR.**, a surviving Child of Timothy P. Soulas, Deceased | : |
| | : |
| **AARON STRAUB**, a surviving Child of Edward W, Straub, Deceased | : |
| | : |
| **EDWARD STRAUB**, a surviving Parent of Edward W. Straub, Deceased | : |
| | : |
| **JONATHAN STRAUB**, a surviving Child of Edward W. Straub, Deceased | : |
| | : |
| **MATTHEW STRAUB**, a surviving Sibling of Edward W. Straub, Deceased | : |
| | : |
| **MICHAEL STRAUB**, a surviving Child of Edward W. Straub, Deceased | : |
| | : |
| **STANLEY STRAUB**, a surviving Sibling of Edward W. Straub, Deceased | : |
| | : |
| **PAMELA SCHIELE**, a surviving Sibling of Jennifer Tino, Deceased | : |
| | : |
| **JEFFREY TINO**, a surviving Sibling of Jennifer Tino, Deceased | : |
| | : |
| **JOAN E. TINO** as Personal Representative of the **ESTATE OF JENNIFER TINO, DECEASED** | : |
| | : |
| **JOAN E. TINO**, Individually, as a Surviving Parent of Jennifer Tino, Deceased | : |
| | : |
| **SALVATORE TINO, JR.**, a surviving Parent of Jennifer Tino, Deceased | : |
| | : |
| **SALVATORE TINO, III**, a surviving Sibling of Jennifer Tino, Deceased | : |
| | : |

| | |
|---|---|
| **CHRISTINE BARTON** as Personal Representative of the **ESTATE OF JEANMARIE WALLENDORF, DECEASED** | : : : : : |
| **CHRISTINE BARTON**, Individually, as a surviving Parent of Jeanmarie Wallendorf, Deceased | : : : : |
| **CHRISTOPHER BARTON**, a surviving Sibling of Jeanmarie Wallendorf, Deceased | : : : |
| **JOHN BARTON**, a surviving Sibling of Jeanmarie Wallendorf, Deceased | : : : |
| **MELLANIE CHAFE**, a surviving Sibling of Jeanmarie Wallendorf, Deceased | : : : |
| **JOSEPH NICKLO**, a surviving Sibling of Jeanmarie Wallendorf, Deceased | : : : |
| **STEPHEN BRADISH**, a surviving Sibling of Sandra Wright-Cartledge, Deceased | : : : |
| **DIAN DEMBINSKI** as Personal Representative of the **ESTATE OF SANDRA WRIGHT-CARTLEDGE, DECEASED** | : : : : : |
| **DIAN DEMBINSKI**, Individually, as a surviving Sibling of Sandra Wright-Cartledge, Deceased | : : : : |
| **LYNNE DUNN, ESQUIRE** as Personal Representative of the **ESTATE OF JOHN "JACK" BRADISH, DECEASED**, a surviving Sibling of Sandra Wright-Cartledge, Deceased | : : : : : : |
| **LORETTA HAINES**, a surviving Sibling of Sandra Wright-Cartledge, Deceased | : : : |
| **PATRICIA MASON**, a surviving Sibling of Sandra Wright-Cartledge, Deceased | : : : |
| **GERALDINE DEBORAH SPAETER**, a surviving Sibling of | : : |

| | |
|---|---|
| Sandra Wright-Cartledge, Deceased | : |
| | : |
| **ETHAN ZEPLIN**, a surviving Child of Marc Scott Zeplin, Deceased | : |
| | : |
| **RYAN ZEPLIN**, a surviving Child of Marc Scott Zeplin, Deceased | : |
| | : |
| **DEBRA ZEPLIN,** as Personal Representative of the **ESTATE OF MARC SCOTT ZEPLIN, DECEASED** | : |
| | : |
| **DEBRA ZEPLIN,** as the surviving spouse of Marc Scott Zeplin, Deceased | : |
| | : |
| **PLAINTIFFS**, | : |
| | : |
| v. | : |
| | : |
| **REPUBLIC OF THE SUDAN** | : |
| | : |
| **DEFENDANT**. | : |
| _____ | : |

The *Perry* Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Republic of the Sudan, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of December 1, 2020, ECF No. 6547. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539, or (b) the Ashton Amended Complaint as to Sudan Defendants in *Ashton v. the Republic of the Sudan*, No. 02-CV- 6977 (GBD)(SN), ECF No. 6537 (in 03-md-1570) (hereinafter "Ashton Sudan Amended Complaint").

Upon filing this Sudan Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Sudan Short Form Complaint is premised upon and applicable to all defendants in this action:

    ☒    28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

    ☒    28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

    ☒    28 U.S.C. § 1330 (actions against foreign states)

    ☒    Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP): <u>Section 1706 (c)(1) of H.R. 133: Consolidated Appropriations Act, 2021 [Including Coronavirus Stimulus & Relief], Pub. L. No. 116-260, H.R. 133, 116th Cong. (2020), which preserves this Court's jurisdiction over claims pending against Sudan in this MDL, including claims of a plaintiff who is a member of a class certified under Rule 23 of the Federal Rules of Civil Procedure or a putative member of such a class pending certification. Section 1706(c)(1) preserves this Court's jurisdiction over Plaintiffs' claims in this Short Form Complaint because each Plaintiff had claims pending at the time the statute was enacted.</u>

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [check only one complaint] and the following causes of action set forth in that complaint:

    ☒  **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539 (check all causes of action that apply):**

        ☒  COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs

☒ COUNT II – Claims under Section 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

☒ COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in Violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

☒ COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in Violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

☒ COUNT V – Committing acts of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs.

☒ COUNT VI – Wrongful Death, on behalf of all Plaintiffs bringing Wrongful Death claims.

☒ COUNT VII – Negligence, on behalf of all Plaintiffs.

☒ COUNT VIII – Survival, on behalf of all Plaintiffs bringing wrongful death claims.

☒ COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs.[4]

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. Government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of plaintiffs who are U.S. nationals; estates, heirs, and survivors of U.S. nationals; U.S. nationals who are members of a putative class represented by such plaintiffs; plaintiffs who are subrogated to the rights of U.S. nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and plaintiffs who are assignees of U.S. nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

[4] The causes of action pursuant to the Alien Tort Claims Act ("ATCA"), 28 U.S.C. § 1350, are asserted on behalf of plaintiffs who are alien nationals; estates, heirs, and survivors of alien nationals who are not themselves U.S. nationals; alien nationals who are members of a putative class represented by such plaintiffs; subrogated to the rights of alien nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of alien nationals killed or injured in the September 11th attacks.

☐ ***Ashton* Sudan Amended Complaint, ECF No. 6537 (check all causes of action that apply):**

    ☐    First Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

    ☐    Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

    ☐    Third Cause of Action for Personal Injury and Wrongful Death Injuries Pursuant to State Tort Law.

    ☐    Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

    ☐    Fifth Cause of Action for Punitive Damages.

    ☐    Sixth Cause of Action for Property Damage.

☐ **Each Plaintiff asserts the following additional theories and/or Causes of Action against the Republic of the Sudan:**

_____
_____
_____.

## IDENTIFICATION OF PLAINTIFFS

4. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Sudan Short Form Complaint, herein referred to as "Plaintiffs."

    a.    The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Sudan Short Form Complaint.

    b.    Plaintiff is entitled to recover damages on the causes of action set forth in this Sudan Short Form Complaint.

    c.    As indicated at Appendix 1, Plaintiff (i) is the estate representative of

someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

    e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Sudan Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

    f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each Plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## **IDENTIFICATION OF DEFENDANT**

5. The only Defendant named in this Sudan Short Form Complaint is the Republic of the Sudan.

## **NO WAIVER OF OTHER CLAIMS**

6. By filing this Sudan Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7. By filing this Sudan Short Form Complaint, Plaintiff(s) are not opting out

of any class that the Court may certify in the future.

## JURY DEMAND

8. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

**WHEREFORE**, the *Perry* Plaintiffs pray for relief and judgment against Defendant as set forth in this Sudan Short Form Complaint as appropriate.

Respectfully Submitted,

Date: August 21, 2023

/s/ Timothy B. Fleming
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, PLLC
2202 18th Street, N.W., #110
Washington, DC 20009-1813
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC   (*Lead Counsel*)
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
3905 Founders Road
Indianapolis, IN 46268
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-7450

*Attorneys for the Perry Plaintiffs*

# APPENDIX 1 TO THE *PERRY* SUDAN SHORT FORM COMPLAINT

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Sudan Short Form Complaint to which this Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Perry* Sudan Short Form Complaint, Allegation 2 of Appendix 1 to the *Perry* Sudan Short Form Complaint, etc.

|  | Plaintiff | Plaintiff's State of Residency at Filing (or Death) | Plaintiff's Citizenship on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim |
|---|---|---|---|---|---|---|---|
| 1. | Perry, Joel R., as Personal Representative of the Estate of James Leslie Perry, Deceased | NY; NY | US | Perry, John William | Parent | US | Solatium |
| 2. | Rogers, Amanda | MI | US | Ratchford, Marsha | Sibling | US | Solatium |
| 3. | Stallworth, Carl | AL | US | Ratchford, Marsha | Sibling | US | Solatium |
| 4. | Stallworth, Christian B. f/k/a Brian Christian | AL | US | Ratchford, Marsha | Sibling | US | Solatium |
| 5. | Stallworth, Roosevelt | AL | US | Ratchford, Marsha | Sibling | US | Solatium |
| 6. | Reiss, Adam | PA | US | Reiss, Joshua Scott | Sibling | US | Solatium |
| 7. | Reiss, Gary | PA | US | Reiss, Joshua Scott | Parent | US | Solatium |
| 8. | Reiss, Jennifer | PA | US | Reiss, Joshua Scott | Sibling | US | Solatium |
| 9. | Reiss, Jonathan | PA | US | Reiss, Joshua Scott | Sibling | US | Solatium |
| 10. | Reiss, Jordan | PA | US | Reiss, Joshua Scott | Sibling | US | Solatium |
| 11. | Rodak, Chelsea Nicole | NJ | US | Rodak, John M. | Child | US | Solatium |
| 12. | Rodak, Devon Marie | NJ | US | Rodak, John M. | Child | US | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. | Diaz, Diana, as Personal Representative of the Estate of Carmen Romero, Deceased | NY; NY | US | Romero, Elvin | Parent | US | Solatium |
| 14. | Diaz, Diana, as Personal Representative of the Estate of Isaac Romero, Deceased | NY; NY | US | Romero, Elvin | Parent | US | Solatium |
| 15. | Diaz, Diana, Individually | NY | US | Romero, Elvin | Sibling | US | Solatium |
| 16. | Rosenthal, Helen | NY | US | Rosenthal, Joshua | Sibling | US | Solatium |
| 17. | Model, Audrey, as Personal Representative of the Estate of Florence Rosenthal, Deceased | NJ; NJ | US | Rosenthal, Richard D. | Parent | US | Solatium |
| 18. | Model, Audrey, as Personal Representative of the Estate of Leonard Rosenthal, Deceased | NJ; NJ | US | Rosenthal, Richard D. | Parent | US | Solatium |
| 19. | Model, Audrey, Individually | NJ | US | Rosenthal, Richard D. | Sibling | US | Solatium |
| 20. | Rosenthal, Loren as Personal Representative of the Estate of Evan Rosenthal, Deceased | NJ; NJ | US | Rosenthal, Richard D. | Child | US | Solatium |
| 21. | Rosenthal, Loren as Personal Representative of the Estate of Richard | NJ; NJ | US | Rosenthal, Richard D. | PR | US | WD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Rosenthal, Deceased | | | | | | |
| 22. | Rosenthal, Loren as Personal Representative of the Estate of Seth Rosenthal, Deceased | NJ; NJ | US | Rosenthal, Richard D. | Child | US | Solatium |
| 23. | Rosenthal, Lauren, Individually | NJ | US | Rosenthal, Richard D. | PR | US | Solatium |
| 24. | Rowe, Alexander | RSA | US, RSA | Rowe, Nicholas | Parent | RSA | Solatium |
| 25. | Santillan, Raymond | NJ | US | Santillan, Maria Theresa | Sibling | US | Solatium |
| 26. | Santillan, Victor as Personal Representative of the Estate of Ester Santillan, Deceased | NJ; NJ | US | Santillan, Maria Theresa | Parent | US | Solatium |
| 27. | Santillan, Victor as Personal Representative of the Estate of Expedito C. Santillan, Deceased | NJ; NJ | US | Santillan, Maria Theresa | Parent | US | Solatium |
| 28. | Santillan, Victor as Personal Representative of the Estate of Maria Theresa Santillian | NJ; NJ | US | Santillan, Maria Theresa | PR | US | WD |
| 29. | Santillan, Victor, Individually | NJ | US | Santillan, Maria Theresa | Sibling | US | Solatium |
| 30. | Brody, Lori | CA | US | Schertzer, Scott | Sibling | US | Solatium |
| 31. | Scherzer, Ellen | NJ | US | Schertzer, Scott | Parent | US | Solatium |
| 32. | Schertzer, Paul as Personal Representative of the Estate of Scott | NJ; NJ | US | Schertzer, Scott | PR | US | WD |

|  | Name | State | Citizenship | Victim | Relationship | Victim Citizenship | Claim |
|---|---|---|---|---|---|---|---|
|  | Schertzer, Deceased |  |  |  |  |  |  |
| 33. | Schertzer, Paul, Individually | NJ | US | Schertzer, Scott | Parent | US | Solatium |
| 34. | Funk, Sarah | CT | US | Solan, Paul K. | Sibling | US | Solatium |
| 35. | Sloan, Matt | CA | US | Solan, Paul K. | Sibling | US | Solatium |
| 36. | Sloan, Patricia | CA | US | Solan, Paul K. | Parent | US | Solatium |
| 37. | Sloan, Ronald S., as Personal Representative of the Estate of Paul K. Sloan, Deceased | CA | US | Solan, Paul K. | PR | US | WD |
| 38. | Sloan, Ronald S., Individually | CA | US | Solan, Paul K. | Parent | US | Solatium |
| 39. | Jackson, Christine | PA | US | Smith, George Eric | Sibling | US | Solatium |
| 40. | Hargrove, Barbara | VA | US | Smith, George Eric | Sibling | US | Solatium |
| 41. | Smith, Carl | PA | US | Smith, George Eric | Sibling | US | Solatium |
| 42. | Smith, Kevin | NY | US | Smith, George Eric | Sibling | US | Solatium |
| 43. | Smith, Korry | NY | US | Smith, George Eric | Sibling | US | Solatium |
| 44. | Smith, Latricia | NY | US | Smith, George Eric | Sibling | US | Solatium |
| 45. | Smith, Raymond, Jr., as Personal Representative of the Estate of George Eric Smith, Deceased | PA | US | Smith, George Eric | PR | US | WD |
| 46. | Smith, Raymond, Jr., Individually | PA | US | Smith, George Eric | Sibling | US | Solatium |
| 47. | Smith, Raymond, A. as Personal Representative of the Estate of Deborah Sallad, Deceased | NY; PA | US | Smith, George Eric | Sibling | US | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48. | Smith, Raymond A. as Personal Representative of the Estate of Marion Thomas, Deceased | NY; PA | US | Smith, George Eric | Grandparent (Functional Equivalent of a Parent) | US | Solatium |
| 49. | Smith, Raymond A., Individually | NY | US | Smith, George Eric | Parent | US | Solatium |
| 50. | Smith-Wyle, Elania | PA | US | Smith, George Eric | Sibling | US | Solatium |
| 51. | Warren, Tanya | NY | US | Smith, George Eric | Sibling | US | Solatium |
| 52. | Donlan, Michelle | PA | US | Soulas, Timothy P. | Sibling | US | Solatium |
| 53. | Soulas, Andrew J. | NJ | US | Soulas, Timothy P. | Child | US | Solatium |
| 54. | Soulas, Christopher | NJ | US | Soulas, Timothy P. | Child | US | Solatium |
| 55. | Soulas, Daniel D. | PA | US | Soulas, Timothy P. | Sibling | US | Solatium |
| 56. | Soulas, Daniel | NJ | US | Soulas, Timothy P. | Child | US | Solatium |
| 57. | Soulas, Frederick | NJ | US | Soulas, Timothy P. | Parent | US | Solatium |
| 58. | Soulas, Frederick, III | NJ | US | Soulas, Timothy P. | Sibling | US | Solatium |
| 59. | Soulas, Katherine as Personal Representative of the Estate of Timothy P. Soulas, Deceased | NJ; NJ | US | Soulas, Timothy P. | PR | US | WD |
| 60. | Soulas, Katherine, Individually | NJ | US | Soulas, Timothy P. | Spouse | US | Solatium |
| 61. | Soulas, Nicole | NJ | US | Soulas, Timothy P. | Child | US | Solatium |
| 62. | Soulas, Matthew | NJ | US | Soulas, Timothy P. | Child | US | Solatium |
| 63. | Soulas, Stephen | PA | US | Soulas, Timothy P. | Sibling | US | Solatium |
| 64. | Straub, Aaron | FL | US | Straub, Edward W. | Child | US | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65. | Straub, Edward | FL | US | Straub, Edward W. | Parent | US | Solatium |
| 66. | Straub, Jonathan | UT | US | Straub, Edward W. | Child | US | Solatium |
| 67. | Straub, Matthew | MA | US | Straub, Edward W. | Sibling | US | Solatium |
| 68. | Straub, Michael | UT | US | Straub, Edward W. | Child | US | Solatium |
| 69. | Straub, Stanley | MA | US | Straub, Edward W. | Sibling | US | Solatium |
| 70. | Schiele, Pamela | NJ | US | Tino, Jennifer | Sibling | US | Solatium |
| 71. | Tino, Jeffrey | NJ | US | Tino, Jennifer | Sibling | US | Solatium |
| 72. | Tino, Joan, E. as Personal Representative of Jennifer Tino, Deceased | NJ; NJ | US | Tino, Jennifer | PR | US | WD |
| 73. | Tino, Joan, E., Individually | NJ | US | Tino, Jennifer | Parent | US | Solatium |
| 74. | Tino, Salvatore, Jr. | NJ | US | Tino, Jennifer | Parent | US | Solatium |
| 75. | Tino, Salvatore, III | NJ | US | Tino, Jennifer | Sibling | US | Solatium |
| 76. | Barton, Christine as Personal Representative of the Estate of Jeanmarie Wallendorf, Deceased | FL; NY | US | Wallendorf, Jeanmarie | PR | US | WD |
| 77. | Barton, Christine, Individually | FL | US | Wallendorf, Jeanmarie | Parent | US | Solatium |
| 78. | Barton, Christopher | FL | US | Wallendorf, Jeanmarie | Sibling | US | Solatium |
| 79. | Barton, John | FL | US | Wallendorf, Jeanmarie | Sibling | US | Solatium |
| 80. | Chafe, Mellanie | FL | US | Wallendorf, Jeanmarie | Sibling | US | Solatium |
| 81. | Nicklo, Joseph | FL | US | Wallendorf, Jeanmarie | Sibling | US | Solatium |
| 82. | Bradish, Stephen | PA | US | Wright-Cartledge, Sandra | Sibling | US | Solatium |
| 83. | Dembinski, Dian as | PA; PA | US | Wright-Cartledge, | PR | US | WD |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Personal Representative of Sandra Wright-Cartledge, Deceased | | | Sandra | | | |
| 84. | Dembinski, Dian, Individually | PA | US | Wright-Cartledge, Sandra | Sibling | US | Solatium |
| 85. | Dunn, Lynne, Esq. as Personal Representative of the Estate of John "Jack" Bradish, Deceased | NJ; NC | US | Wright-Cartledge, Sandra | Sibling | US | Solatium |
| 86. | Haines, Loretta | PA | US | Wright-Cartledge, Sandra | Sibling | US | Solatium |
| 87. | Mason, Patricia | NJ | US | Wright-Cartledge, Sandra | Sibling | US | Solatium |
| 88. | Spaeter, Geraldine Deborah | PA | US | Wright-Cartledge, Sandra | Sibling | US | Solatium |
| 89. | Zeplin, Ethan | NY | US | Zeplin, Marc Scott | Child | US | Solatium |
| 90. | Zeplin, Ryan | NY | US | Zeplin, Marc Scott | Child | US | Solatium |
| 91. | Zeplin, Debra, as Personal Representative of the Estate of Marc Scott Zeplin, Deceased | NY; NY | US | Zeplin, Marc Scott | PR | US | WD |
| 92. | Zeplin, Debra, Individually | NY | US | Zeplin, Marc Scott | Spouse | US | Solatium |