**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
2202 18<sup>h</sup> Street, N.W. · # 110 · WASHINGTON, D.C. 20009-1813

Office Direct Dial: 202-467-4489 · Fax: 205-453-4907
Email: TFleming@wigginschilds.com · Internet: www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

July 30, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*
      1:03-md-01570 (GBD)(SN)

To the Court:

Counsel respectfully requests that the following cases be added formally to *the In re Terrorist Attacks on September 11, 2001* MDL, 1:03-md-01570 (GBD)(SN):

| Docket Number | Caption |
|---|---|
| 1:23-cv-07164 | *Aaron Adler, a surviving Sibling of Lee Alan Adler, Deceased, et al. v. Republic of the Sudan* |
| 1:23-cv-07328 | *Harley DiNardo, a surviving Sibling of Marisa DiNardo-Schorpp, Deceased, et al. v. Republic of the Sudan* |
| 1:23-cv-07391 | *Joel Perry, as Personal Representative of the Estate of James Leslie Perry, Deceased, a surviving Parent of John William Perry, et al. v. Republic of the Sudan* |

These cases were filed in 2023. Two of them, *DiNardo* and *Perry*, were placed on the MDL docket, but *Adler* apparently was not. We do not see on the docket either a request or an Order formally adding these cases. Therefore, we make this request so that the docket is clear that the Court has ordered all three of these cases added to the MDL. Should the Court require anything further, please do not hesitate to contact the undersigned.

Respectfully submitted,

*Timothy B Fleming*

Timothy B. Fleming

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 5, 2024
New York, New York