UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                  :
                                                  :   03 MDL 1570 (GBD) (SN)
                                                  :
-------------------------------------------------------------------x

**This Document Relates to:**

<u>Adler, et al. v. Republic of Sudan</u>, 1:23-cv-07164 (GBD)(SN)
<u>DiNardo, et al. v. Republic of Sudan</u>, 1:23-cv-07328 (GBD)(SN)
<u>Perry, et al. v. Republic of Sudan</u>, 1:23-cv-07391 (GBD)(SN)

<u>**AFFIDAVIT OF SERVICE – Complaint**</u>

# EXHIBIT A

Screenshot from DHL's "Create a Shipment" website

https://mydhl.express.dhl/us/en/shipment.html#/#address-details

[Create a Shipment | DHL Express Shipping Labels | MyDHL+](https://mydhl.express.dhl/us/en/shipment.html#/#address-details)

https://mydhl.express.dhl/us/en/shipment.html#/#address-details

[Screenshot of DHL Express MyDHL+ shipment creation page showing address details form. The "From" country is set to "United States of America" and the "To" country is set to "Sudan". An IMPORTANT notice at the bottom reads: "Some shipping services to and from Sudan are suspended. Port Sudan has resumed shipping services for Documents and Packages with the following maximums: Weight: 60 kg per Piece, 300 kg per Shipment; Dimensions (LxWxH): 100 x 50 x 50 cm per Shipment."]

June 17, 2024 – 10:16 a.m. EST