**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:          03 MDL 1570 (GBD) (SN)
:
------------------------------------------------------------------x

**This Document Relates to:**

*Adler, et al. v. Republic of Sudan,* **1:23-cv-07164 (GBD)(SN)**
*DiNardo, et al. v. Republic of Sudan,* **1:23-cv-07328 (GBD)(SN)**
*Perry, et al. v. Republic of Sudan,* **1:23-cv-07391 (GBD)(SN)**


**AFFIDAVIT OF SERVICE – Complaint**


# EXHIBIT C


Fountainville, Pennsylvania, U.S. Postal employee's hand-written statement:

"WARNING: No International Services Available for Destination Entered [SUDAN]."

Warning :

No International Services Available
for destination entered.

Sudan

