UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
*In Re* Terrorist Attacks on September 11, 2001 :
                                                :
                                                :   03 MDL 1570 (GBD) (SN)
                                                :
-----------------------------------------------------------------x

**This Document Relates to:**

<u>Adler, et al. v. Republic of Sudan</u>, 1:23-cv-07164 (GBD)(SN)
<u>DiNardo, et al. v. Republic of Sudan</u>, 1:23-cv-07328 (GBD)(SN)
<u>Perry, et al. v. Republic of Sudan</u>, 1:23-cv-07391 (GBD)(SN)

<u>**AFFIDAVIT OF SERVICE – Complaint**</u>

# EXHIBIT E

A FedEx Office computer terminal photograph:

"SUDAN – SD – Service to this country is currently suspended."

