UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                                    :
                                                                    :   03 MDL 1570 (GBD) (SN)
                                                                    :
-------------------------------------------------------------------x

This Document Relates to:

<u>Adler, et al. v. Republic of Sudan</u>, 1:23-cv-07164 (GBD)(SN)
<u>DiNardo, et al. v. Republic of Sudan</u>, 1:23-cv-07328 (GBD)(SN)
<u>Perry, et al. v. Republic of Sudan</u>, 1:23-cv-07391 (GBD)(SN)


**AFFIDAVIT OF SERVICE – Complaint**


# EXHIBIT G


Written statement by the manager of a DHL Shipping Center:

"DHL is unable to ship to Sudan right now."

# PARCEL PLACE

4387 W Swamp Rd Doylestown PA 18902
Tel: 215-345-4930   Fax: 215-348-9616
Email: **parcelplace4387@outlook.com**   Web: doylestownshipping.com

DHL is unable to ship to Sudan right now.

Jon Burn
Parcel Place

6/26/24